# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Chavez, | Case No. 2:24-cv-01140-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Tyler Gaston, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 5). The Court received notice that Plaintiff's mail was not deliverable. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. It appears that Plaintiff is no longer incarcerated at the Clark County Detention Center. However, it is unclear if Plaintiff has been discharged or if he has moved to a new facility. The Court will thus require Plaintiff to update his address.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address and inmate number by **November 29, 2024.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff at the below address.

**Michael Chavez - 8130531**
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

DATED: October 30, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE